UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1640
(8:25-cv-00885-LKG)

_____

SOLUTIONS IN HOMETOWN CONNECTIONS; CENTRAL AMERICAN RESOURCE CENTER; COALITION FOR HUMANE IMMIGRANT RIGHTS; COMMUNITY CENTER FOR IMMIGRANTS, INC.; ENGLISH SKILLS LEARNING CENTER; MICHIGAN ORGANIZING PROJECT, d/b/a Michigan United; HEBREW IMMIGRANT AID SOCIETY AND COUNCIL MIGRATION SERVICE OF PHILADELPHIA, d/b/a HIAS Pennsylvania; IMMIGRANT LAW CENTER OF MINNESOTA; INSTITUTO DEL PROGRESO LATINO; MASSACHUSETTS IMMIGRANT AND REFUGEE ADVOCACY COALITION

        Plaintiffs - Appellants

v.

KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; KIKA SCOTT, in her official capacity as Senior Official performing the duties of the Director of the United States Citizenship and Immigration Services; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES

        Defendants - Appellees

_____

O R D E R

_____

Upon review of submissions relative to the motion to expedite briefing, the court establishes an accelerated briefing schedule for this case. The clerk shall file

an accelerated briefing schedule by separate order.

                              For the Court--By Direction

                              /s/ Nwamaka Anowi, Clerk