FILED: November 19, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1640
(8:25-cv-00885-LKG)

_____

SOLUTIONS IN HOMETOWN CONNECTIONS; CENTRAL AMERICAN RESOURCE CENTER; COALITION FOR HUMANE IMMIGRANT RIGHTS; COMMUNITY CENTER FOR IMMIGRANTS, INC.; ENGLISH SKILLS LEARNING CENTER; MICHIGAN ORGANIZING PROJECT, d/b/a Michigan United; HEBREW IMMIGRANT AID SOCIETY AND COUNCIL MIGRATION SERVICE OF PHILADELPHIA, d/b/a HIAS Pennsylvania; IMMIGRANT LAW CENTER OF MINNESOTA; INSTITUTO DEL PROGRESO LATINO; MASSACHUSETTS IMMIGRANT AND REFUGEE ADVOCACY COALITION

    Plaintiffs - Appellants

v.

KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; JOSEPH B. EDLOW , in his official capacity as Senior Official performing the duties of the Director of the United States Citizenship and Immigration Services; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES

    Defendants - Appellees

------------------------------

RMC RESEARCH; CHILD TRENDS, INCORPORATED

    Amici Supporting Appellants

_____

O R D E R

_____

The court substitutes Joseph B. Edlow for Angelica Alfonso-Royals as a party to this proceeding.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk